

FILED

02/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0582



**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**THE OFFICE OF THE CLERK OF SUPREME COURT**
**HELENA, MONTANA 59620-3003**

Supreme Court No.
DA 21-0582

**FILED**

FEB 1 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

KIM NORQUAY, JR.,

    Petitioner and Appellant,

    v.

**GRANT OF EXTENSION**

STATE OF MONTANA,

    Respondent and Appellee.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until March 4, 2022, to prepare, file, and serve the Appellant's brief.

DATED this February 11, 2022

Bowen Greenwood
Clerk of the Supreme Court

c:     Chad M. Wright, Austin Miles Knudsen, J. Brian Lilletvedt, Colin M. Stephens

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705